ORIGINAL

FILED
JUN 16 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| L-3 SERVICES, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | Civil Action No. 08-432 C |

**L-3 SERVICES, INC.'S**
**MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Pursuant to Rule 5.3(b)(1) of the Rules of the United States Court of Federal Claims, L-3 Services, Inc. ("L-3") requests leave to exceed the Court's page limit for L-3's Points and Authorities in Support of its Motion for Preliminary and Permanent Injunctive and Declaratory Relief. Leave would be appropriate because L-3's memorandum is (1) based upon facts and significant errors reflected in the voluminous Agency Record already submitted by the Defendant and already commented upon as well as protested by L-3 as part of the proceedings at the United States Government Accountability Office that were suspended by an action filed in this Court, and (2) addresses numerous issues related to each of the three contract awards in this protest.

Respectfully submitted,

W. Jay DeVecchio
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
(202) 639-6893 Telephone
(202) 637-6365 Protected Facsimile

Counsel for Plaintiff
L-3 Services, Inc.

Dated: June 16, 2008

Of Counsel:
Kevin C. Dwyer
Edward Jackson
Daniel E. Chudd
Damien C. Specht

JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of L-3 Services, Inc.'s Motion for Leave to Exceed Page Limits to be served this 16th day of June, 2008 by hand delivery as follows:

Kenneth David Woodrow
Civil Division, Commercial Litigation Branch
1100 L Street, NW, Suite 11030
Washington, D.C. 20530
(202) 353-0513 Telephone
(202) 514-7969 Facsimile

W. Jay DeVecchio