FILED
JUN 16 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| L-3 SERVICES, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | Civil Action No. 08-432 C |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Pursuant to the Rules of the Court of Federal Claims Appendix C, L-3 Services, Inc. ("L-3") requests a Protective Order. Documents filed at the inception of this action contain L-3's proprietary and confidential information, release of which would cause L-3 substantial competitive injury. Documents filed also include information released under a Government Accountability Office Protective Order, attached, as revised June 6, 2008. L-3 respectfully suggests that the standard United States Court of Federal Claims Protective Order (Form 8 to the Rules of the United States Court of Federal Claims) would be appropriate in this case.

Respectfully submitted,

Dated: June 16, 2008

W. Jay DeVecchio
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
(202) 639-6893 Telephone
(202) 637-6365 Protected Facsimile

Counsel for Plaintiff
L-3 Services, Inc.

Of Counsel:

Kevin C. Dwyer
Edward Jackson
Daniel E. Chudd
Damien C. Specht

JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of L-3 Services, Inc.'s Motion for Protective Order to be served this 16th day of June, 2008 by hand delivery as follows:

Kenneth David Woodrow
Civil Division, Commercial Litigation Branch
1100 L Street, NW, Suite 11030
Washington, D.C. 20530
(202) 353-0513 Telephone
(202) 514-7969 Facsimile

W. Jay DeVecchio