ORIGINAL

FILED
JUN 16 2008
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| L-3 SERVICES, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | 08-432 C Civil Action No. |

**L-3 SERVICES INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to the Rules of the Court of Federal Claims Appendix C, L-3 Services, Inc. ("L-3") requests the Court to allow the Plaintiff to file its Complaint and certain accompanying papers under seal. These documents contain L-3's proprietary and confidential information, release of which would cause L-3 substantial competitive injury. Further, these documents include information released under a Government Accountability Office Protective Order, attached, as revised June 6, 2008. A redacted version of each of these documents is filed herewith.

Respectfully submitted,

Dated: June 16, 2008

W. Jay DeVecchio
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
(202) 639-6893 Telephone
(202) 637-6365 Protected Facsimile

Counsel for Plaintiff
L-3 Services, Inc.

Of Counsel:

Kevin C. Dwyer
Edward Jackson
Daniel E. Chudd
Damien C. Specht

JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of L-3 Services, Inc.'s Motion for Leave to File Under Seal to be served this 16th day of June, 2008 by hand delivery as follows:

Kenneth David Woodrow
Civil Division, Commercial Litigation Branch
1100 L Street, NW, Suite 11030
Washington, D.C. 20530
(202) 353-0513 Telephone
(202) 514-7969 Facsimile

W. Jay DeVecchio