ORIGINAL

FILED
JUN 16 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

L-3 SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 08-432 C

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, L-3 Services, Inc. ("L-3"), by undersigned counsel, moves pursuant to Court of Federal Claims Rule 65 and Appendix C for a preliminary injunction prohibiting defendant United States, acting through the United States Army, from commencing performance under Contracts W91QUZ-08-D-0005, W91QUZ-08-D-0008, and W91QUZ-08-D-0009.

As more fully set forth in the accompanying Memorandum of Law, the Court should grant Plaintiff's motion pending a decision on the merits of L-3's protest. The Army's award decision was arbitrary, capricious, and contrary to law, and L-3 will suffer irreparable harm if performance under the Contracts commences.[1]

---

[1] L-3 is providing a copy of this motion to Systems Research and Applications Corporation ("SRAC"), Wyle Information Systems, LLC ("Wyle"), and Booz Allen Hamilton ("BAH"), the awardees of the contracts in dispute. However, we have not served copies of L-3's Complaint and Memorandum of Points and Authorities on SRAC, Wyle and BAH because these documents contain material covered by a Government Accountability Office Protective Order, and the redactions need to be approved by the parties before being made public. Once a protective order is in place at the Court of Federal Claims and counsel for these parties has been admitted to that protective order, we will serve them with the non-redacted copies that have been filed under seal. Also, once the Government and other parties approve L-3's proposed redactions, we will serve public versions of these documents on SRAC, Wyle and BAH.

Respectfully submitted,

W. Jay DeVecchio
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
(202) 639-6893 Telephone
(202) 637-6365 Protected Facsimile

Counsel for Plaintiff
L-3 Services, Inc.

Dated: June 16, 2008

Of Counsel:
Kevin C. Dwyer
Edward Jackson
Daniel E. Chudd
Damien C. Specht

JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of L-3 Services, Inc.'s Motion for Preliminary Injunction to be served this 16th day of June, 2008 by overnight delivery as follows:

Kenneth David Woodrow
Civil Division, Commercial Litigation Branch
1100 L Street, NW, Suite 11030
Washington, D.C. 20530
(202) 353-0513 Telephone
(202) 514-7969 Facsimile

Marcia G. Madsen
Mayer Brown LLP
1909 K Street, N.W.
Washington, DC 20006-1101

Pam Gilman, Legal Counsel
Wyle Information Systems
1651 Old Meadow Road
McLean, VA 22102

Amy Donohue
Systems Research and Application Corp.
4300 Fair Lakes Court
Fairfax, VA 22033-4232

Kevin C. Dwyer