FILED
JUN 16 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| L-3 SERVICES, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | 08-432 C<br>Civil Action No. |

# L-3 SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel certifies that L-3 Services, Inc. is a wholly owned subsidiary of L-3 Communications Corporation. L-3 Communications Corporation is a wholly owned subsidiary of L-3 Communications Holdings, Inc., a publicly traded corporation.

Respectfully submitted,

Dated: June 16, 2008

W. Jay DeVecchio
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
(202) 639-6893 Telephone
(202) 637-6365 Protected Facsimile

Counsel for Plaintiff
L-3 Services, Inc.

Of Counsel:
Kevin C. Dwyer
Edward Jackson
Daniel E. Chudd
Damien C. Specht

JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of L-3 Services, Inc.'s Disclosure Statement to be served this 16th day of June, 2008 by hand delivery as follows:

Kenneth David Woodrow
Civil Division, Commercial Litigation Branch
1100 L Street, NW, Suite 11030
Washington, D.C. 20530
(202) 353-0513 Telephone
(202) 514-7969 Facsimile

W. Jay DeVecchio