ORIGINAL

FILED

JUN 16 2008

U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

L-3 SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 08-432 C

**L-3 SERVICES, INC.'S**
**NOTICE OF DIRECTLY RELATED CASE AND MOTION TO CONSOLIDATE**

Pursuant to Rule 40.2(a) of the Rules of the United States Court of Federal Claims, L-3 Services, Inc. hereby notifies the Court that the attached complaint is directly related to Case No. 08-409 C, filed by Femme Comp. Inc. on June 3, 2008 and assigned to Judge Margaret M. Sweeney. Both actions involve the evaluations and award decisions under request for proposals No. W91QUZ-07-R-0007 for the Program Management Support Services II program.

For this same reason, and pursuant to Rule 42 of the Rules of the Unites States Court of Federal Claims, L-3 Services, Inc. moves to consolidate its case with the aforementioned action brought by Femme Comp. Inc.

Respectfully submitted,

Dated: June 16, 2008

W. Jay DeVecchio
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005
(202) 639-6893 Telephone
(202) 637-6365 Protected Facsimile

Counsel for Plaintiff
L-3 Services, Inc.

Of Counsel:

Kevin C. Dwyer
Edward Jackson
Daniel E. Chudd
Damien C. Specht

JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of L-3 Services, Inc.'s Notice of Directly Related Case and to Motion to Consolidate to be served this 16th day of June, 2008 by hand delivery as follows:

Kenneth David Woodrow
Civil Division, Commercial Litigation Branch
1100 L Street, NW, Suite 11030
Washington, D.C. 20530
(202) 353-0513 Telephone
(202) 514-7969 Facsimile

W. Jay DeVecchio