# In the United States Court of Federal Claims

No. 08-432 C
(Filed: June 17, 2008)

***********************************
L-3 SERVICES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On June 16, 2008, plaintiff in the above-captioned bid protest filed a motion for leave to file its complaint and certain accompanying documents under seal. Plaintiff's motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge