# In the United States Court of Federal Claims

No. 08-432 C
(Filed: June 17, 2008)

************************************
L-3 SERVICES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

The court will conduct the initial status conference in the above-captioned bid protest, pursuant to Appendix C of the Rules of the United States Court of Federal Claims, on **Monday, June 23, 2008, at 2:00 p.m**. The court will initiate the conference call.

Prior to the status conference, the parties shall discuss whether the protective order issued in Femme Comp Inc., No. 08-409C, is sufficient to meet the needs of this case. In addition, plaintiff shall be prepared to discuss whether it can comply with the briefing schedule set forth in the June 6, 2008 scheduling order filed in Femme Comp Inc.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge