**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 SERVICEs INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, | ) | No. 08-432 |
| Defendant, | ) | (Judge Sweeney) |
| and | ) | |
| Booz Allen Hamilton Inc. | ) | |
| Movant for Intervention. | ) | |

**BOOZ ALLEN HAMILTON'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, movant for intervention, Booz Allen Hamilton Inc. (BAH) respectfully states that there is no parent corporation or publicly held corporation that currently owns ten percent or more of its stock. BAH and The Carlyle Group have reached agreement on The Carlyle Group's purchase of a majority interest in BAH's United States government business operations that is expected to close mid to late 2008, subject to shareholder and regulatory approvals and other customary closing conditions.

Respectfully submitted,

Marcia G. Madsen
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

June 20 2008