# In the United States Court of Federal Claims

No. 08-432 C
(Filed: June 23, 2008)

```
***********************************
L-3 SERVICES, INC.,               *
                                  *
               Plaintiff,         *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
               Defendant.         *
***********************************
```

**ORDER**

On June 16, 2008, plaintiff filed the above-captioned bid protest. This protest arises from the same procurement at issue in another case filed previously in this court, Femme Comp Inc., No. 08-409C. Thus, plaintiff moves for consolidation pursuant to RCFC 42. Plaintiff's motion is **GRANTED**. Accordingly, the clerk is directed to consolidate this case with the previously filed matter, No. 08-409C. Further, Booz Allen Hamilton's Motion to Intervene is **DENIED AS MOOT**. All future filings shall be made in case number 08-409C, and shall bear the following caption:

| | | |
|---|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., and DATA SYSTEMS ANALYSTS, INC., | * | |
| Plaintiffs, | * | |
| v. | * | Nos. 08-409C, 08-419C, 08-432C, and 08-454C |
| THE UNITED STATES, | * | Judge Margaret M. Sweeney |
| Defendant, | * | |
| and | * | |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC., | * | |
| Defendant-Intervenors. | * | |

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge